UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ASEM ALDEBIE and SALI ALASHHAB,    §
                                   §
         Petitioners,              §
                                   §
v.                                 §        SA-26-CV-1650-FB (HJB)
                                   §
WARDEN, SOUTH TEXAS DETENTION      §
FACILITY; SYLVESTER ORTEGA,        §
Field Office Director of the San Antonio §
Office; TODD LYONS, Acting Director of §
Immigration and Customs Enforcement; §
MARKWAYNE MULLIN,[1] Secretary of  §
Homeland Security; and TODD BLANCHE,[2] §
Acting United States Attorney General, §
                                   §
         Respondents.              §

**ORDER SETTING**
**VIDEO STATUS CONFERENCE**

The matter before the Court is the status of this case which was referred this case to the

undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28

U.S.C. § 636(b)(1).  (*See* Docket Entry 12.)

---

[1] Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer . . . ceases to hold office while the action is pending[;] [t]he officer's successor is automatically substituted as a party [and] [l]ater proceedings should be in the substituted party's name.").

[2] Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer . . . ceases to hold office while the action is pending[;] [t]he officer's successor is automatically substituted as a party [and] [l]ater proceedings should be in the substituted party's name.").

It is hereby **ORDERED** that a Status Conference is set on **April 16, 2026**, at **1:00 P.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on April 13, 2026.

Henry J. Bemporad
United States Magistrate Judge

2