UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASEM ALDEBIE and SALI ALASHHAB, | § § § § | |
| Petitioners, | § § | |
| v. | § § | SA-26-CV-1650-FB (HJB) |
| WARDEN, SOUTH TEXAS DETENTION FACILITY; SYLVESTER ORTEGA, Field Office Director of the San Antonio Office; TODD LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD BLANCHE, Acting United States Attorney General, | § § § § § § § § § § | |
| Respondents.[1] | § § | |

**ORDER**

Before the Court is the Federal Respondents' Opposed Emergency Motion to Remove the Stay of Removal.  (Docket Entry 17.)  This case was referred to the undersigned for pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1).  (*See* Docket Entry 12.)

It is hereby **ORDERED** that Petitioners must respond to Respondents' motion (Docket Entry 17) **on or before April 27, 2026**.

**SIGNED** on April 20, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] Markwayne Mullin was sworn in as Secretary of Homeland Security on March 24, 2026, and Todd Blanche was appointed acting Attorney General on April 2, 2026. Mullin and Blanche are therefore substituted for former Secretary of Homeland Security Kristi Noem and former Attorney General Pamela Bondi as the proper, named Respondents. *See* FED. R. CIV. P. 25(d).