UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASEM ALDEBIE and SALI ALASHHAB, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| v. | § | SA-26-CV-1650-FB (HJB) |
| | § | |
| WARDEN, SOUTH TEXAS DETENTION | § | |
| FACILITY; SYLVESTER ORTEGA, | § | |
| Field Office Director of the San Antonio | § | |
| Office; TODD LYONS, Acting Director of | § | |
| Immigration and Customs Enforcement; | § | |
| MARKWAYNE MULLIN, Secretary of | § | |
| Homeland Security; and TODD BLANCHE, | § | |
| Acting United States Attorney General, | § | |
| | § | |
| Respondents.[1] | § | |

**ORDER DIRECTING THE ISSUANCE OF
WRITS OF HABEAS CORPUS AD TESTIFICANDUM**

This case is set for an In-Person Evidentiary Hearing on **August 10, 2026**, at **10:00 A.M.**, before the Honorable Henry J. Bemporad in Courtroom in the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.   (Docket Entry 30.)

The presence of **<u>both</u>** Petitioners **Asem Aldebie** (A-Number 221-054-684) and **Sali Alashhab** (A-Number 221-054-728), who are currently in the custody of Warden Bobby Thompson of the South Texas ICE Processing Center, are necessary at the Evidentiary Hearing.

Accordingly, the <u>Clerk of Court</u> is hereby **ORDERED** to:

(1)     once executed, enter the Writ attached to this Order into the court record;

---

[1] Markwayne Mullin was sworn in as Secretary of Homeland Security on March 24, 2026, and Todd Blanche was appointed acting Attorney General on April 2, 2026. Mullin and Blanche are therefore substituted for former Secretary of Homeland Security Kristi Noem and former Attorney General Pamela Bondi as the proper, named Respondents. *See* FED. R. CIV. P. 25(d).

(2)   provide copies by U.S. Certified Mail of the Order Setting In-Person Evidentiary Hearing (Docket Entry 30), this Order, and the writs to **Warden Bobby Thompson, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas 78061**, and once returned, enter the certified mail receipt into record.

(3)   deliver courtesy copies of the Order Setting In-Person Evidentiary Hearing (Docket Entry 30), this Order, and the writs to the office of the U.S. Marshal, Western District of Texas, San Antonio Division;

It is **FURTHER ORDERED** that if either of the Petitioners, Asem Aldebie or Sali Alashhab, are moved from the South Texas ICE Processing Center before the date of the Evidentiary Hearing, Warden Thompson must immediately contact Court chambers to provide their new location by email to wendy_branham@txwd.uscourts.gov.

**SIGNED** on May 13, 2026.

Henry J. Bemporad
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASEM ALDEBIE and SALI ALASHHAB, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| v. | § | SA-26-CV-1650-FB (HJB) |
| | § | |
| WARDEN, SOUTH TEXAS DETENTION | § | |
| FACILITY; SYLVESTER ORTEGA, | § | |
| Field Office Director of the San Antonio | § | |
| Office; TODD LYONS, Acting Director of | § | |
| Immigration and Customs Enforcement; | § | |
| MARKWAYNE MULLIN, Secretary of | § | |
| Homeland Security; and TODD BLANCHE, | § | |
| Acting United States Attorney General, | § | |
| | § | |
| Respondents.[2] | § | |

**WRITS OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:    Warden Bobby Thompson**
**South Texas ICE Processing Center**
**566 Veterans Drive**
**Pearsall, Texas 78061**
**(830) 334-2939**

You are hereby **ORDERED** to deliver the bodies of both Petitioners **Asem Aldebie** (A-Number 221-054-684) and **Sali Alashhab** (A-Number 221-054-728), prisoners in your custody, for an Evidentiary Hearing in the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207, on **August 10, 2026**, at **10:00 A.M.**

This writ shall be your or your representative's authority to enter the U.S. Courthouse premises.   You or your representative must remain with the Petitioners during the proceedings

---

[2] Markwayne Mullin was sworn in as Secretary of Homeland Security on March 24, 2026, and Todd Blanche was appointed acting Attorney General on April 2, 2026. Mullin and Blanche are therefore substituted for former Secretary of Homeland Security Kristi Noem and former Attorney General Pamela Bondi as the proper, named Respondents. *See* FED. R. CIV. P. 25(d).

until termination of the hearing, and you must coordinate any logistics with the U.S. Marshal, U.S.

Marshal, Western District of Texas, San Antonio Division.

      **SIGNED** on May 13, 2026.

Henry J. Bemporad
United States Magistrate Judge


And the Seal of this Court hereto affixed this
day of _____, 2025.
PHILLIP J. DEVLIN,
CLERK OF COURT


BY: _____
Deputy Clerk


2