UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASEM ALDEBIE and SALI ALASHHAB, | § § | |
| Petitioners, | § § | |
| v. | § § | SA-26-CV-1650-FB (HJB) |
| WARDEN, SOUTH TEXAS DETENTION FACILITY; SYLVESTER ORTEGA, Field Office Director of the San Antonio Office; TODD LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD BLANCHE, Acting United States Attorney General, | § § § § § § § § § § | |
| Respondents.[1] | § § | |

## ORDER SETTING
## VIDEO HEARING

Before the Court are Petitioner's Opposed Motion for Leave to File First Amended Petition for Writ of Habeas Corpus (Docket Entry 38) and Petitioner's Motion for Expedited Discovery (Docket Entry 39). This habeas immigration case was referred to the undersigned for pretrial proceedings, including any requests for injunctive relief, pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 13.)

It is hereby **ORDERED** that a hearing on Petitioner's motions (Docket Entries 38 and 39) is set on **July 14, 2026**, at **1:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. On the designated date and time of the hearing, the parties are directed to

---

[1] Markwayne Mullin was sworn in as Secretary of Homeland Security on March 24, 2026, and Todd Blanche was appointed acting Attorney General on April 2, 2026. Mullin and Blanche are therefore substituted for former Secretary of Homeland Security Kristi Noem and former Attorney General Pamela Bondi as the proper, named Respondents. *See* FED. R. CIV. P. 25(d).

join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on July 1, 2026.

_____

Henry J. Bemporad
United States Magistrate Judge