**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ASEM ALDEBIE, SALI ALASHHAB** | § | |
| | § | |
| **vs.** | § | **Case Number: SA:26-CV-01650-FB** |
| | § | |
| **Warden, South Texas Detention Facility, SYLVESTER ORTEGA, TODD LYONS, KRISTI NOEM, PAMELA BONDI, Markwayne Mullin, Todd Blanche, Texas Habeas Project** | § | |

**ORDER SETTING VIDEO ATTORNEY-ONLY STATUS CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **VIDEO ATTORNEY-ONLY STATUS CONFERENCE** on Wednesday, August 19, 2026 at 03:30 PM. On the designated date and time of the hearing, the parties are directed to join ZOOMGOV meeting, at the following address.

https://txwd-uscourts.zoomgov.com/j/16126018188
Meeting ID: 161 2601 8188

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the Petitioner, counsel for Petitioner, Respondent, and the counsel for the Respondent.

IT IS SO ORDERED this **18th day of August, 2026.**

**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**